NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**PARAKRAM SINGH, OSB #134871**
Assistant United States Attorney
Parakram.Singh@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-cr-00270-IM |
| v. | **MOTION TO DISMISS INFORMATION AS TO DAKOTA EASTMAN** |
| **DAKOTA EASTMAN,** | |
| **Defendant.** | |

The United States of America moves this court for an Order under Rule 48(a), Fed. R. Crim. P., to dismiss the information in the above captioned filed on July 24, 2020 in the best interests of justice.

Dated: December 16, 2024                    Respectfully submitted,

                                            NATALIE K. WIGHT
                                            United States Attorney

                                            */s/ Parakram Singh*
                                            PARAKRAM SINGH, OSB #134871
                                            Assistant United States Attorney

**Motion to Dismiss Information**                                            Page 1